HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW LITTLE, | No. 12-cv-6048 RBL |
| Plaintiff, | Order |
| v. | |
| ANDREW OAKLEY, et al., | [Dkts. #1] |
| Defendants. | |

## I.   INTRODUCTION

Before the Court is Plaintiff Matthew Little's application to proceed *in forma pauperis*. For the reasons set forth below, the Court denies the application.

## II.   DISCUSSION

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369

(9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i).  An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, the Court must deny Plaintiff's application because the Complaint fails to state a claim upon which relief can be granted.  Plaintiff alleges that various persons slandered him by expressing their opinions regarding his behavior.  He sues under the Fourteenth Amendment, claiming a violation of due process.  The Fourteenth Amendment does not provide grounds for a slander claim.  Additionally, slander is not a federal claim, and even if it were, it requires a statement of fact.  *See, e.g.*, *Albert v. Loksen*, 239 F.3d 256, 265–66 (2nd Cir. 2001).  Plaintiff's claim is frivolous.

### III.   ORDER

For the reasons stated above, the Court **DENIES** the application to proceed *in forma pauperis* [Dkt. #1].  Plaintiff has **15 days** to pay the filing fees or the case may be dismissed.

Dated this 11th day of January 2013.

Ronald B. Leighton
United States District Judge